UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES WILLIAMS,<br><br>Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF JOSEPH LOMBARDO; JOSHUA BROMLEY; JIMMY RUIZ; CHRIS HEIM; BONNIE POLLEY; THEODORE SCHAFER; SHANE STEPHENS; SGT. DAVID ROSE; LOGAN JEX; JOSEPH NEGRI; JAMES DEANE; CLARK COUNTY DISTRICT ATTORNEY STEVEN B. WOLFSON; DEPUTY DA FRANK LOGRIPPO;<br><br>Defendants | Case No.: 2:18-cv-02432-APG-VCF<br><br>**Order Denying Motion to Amend and Motions for Injunctive Relief**<br><br>[ECF Nos. 21, 25, 26, 27] |

Plaintiff James Williams moves for leave to file an amended complaint. ECF No. 21. His proposed amended complaint asserts 118 counts over 208 pages (not including the 177 pages of exhibits attached to the proposed amended complaint). *See* ECF Nos. 21-1 and 21-2. This far exceeds the "short and plain statement of the claim" that is required under Federal Rule of Civil Procedure 8(a)(2). And Williams's proposed amended complaint grossly expands the scope of this lawsuit. The pending complaint is based upon Williams's conditions of confinement at the Clark County Detention Center. The proposed amended complaint seeks to litigate a variety of issues related to him selling bottled water on the Las Vegas Strip. Those allegations are not related to this lawsuit, and Williams may not expand this case in that fashion. Williams must file a new lawsuit if he wishes to litigate those issues.

Williams also filed a motion seeking a writ and injunctive relief. ECF Nos. 25, 26, 27. That motion is based upon the allegations in Williams's proposed amended complaint, which I have denied. Preliminary injunctive relief is appropriate where "the intermediate relief [is] of the same character as that which may be granted finally." *De Beers Consol. Mines v. United States*, 325 U.S. 212, 220 (1945). But a court cannot issue an injunction that "deals with a matter lying wholly outside the issues in the suit." *Id.* The relief Williams requests in the motion goes far beyond the allegations in the pending complaint. And he has not alleged sufficient facts and irreparable injury to justify a writ or injunctive relief. I therefore deny the motion.

IT IS THEREFORE ORDERED that Williams's motion for leave amend **(ECF No. 21) is DENIED.**

IT IS FURTHER ORDERED that Williams's motions for a writ and injunctive relief **(ECF Nos. 25, 26, 27) are DENIED**.

DATED this 22nd day of May, 2019.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE